NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2009-7143

ROBERT A. WALSH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-3548, Judge William A. Moorman.

ON MOTION

ORDER

The Secretary of Veterans Affairs moves without opposition to stay proceedings in this appeal pending the court's disposition in Henderson v. Shinseki, 2009-7006.

The Secretary asserts that this case and Henderson involve the issue whether the 120-day period to file an appeal to the United States Court of Appeals for Veterans Claims under 38 U.S.C. § 7266(a) may be equitably tolled.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is granted. The Secretary is directed to inform the court within 30 days of the disposition of Henderson how he believes this appeal should proceed. The appellant may also respond within that time.

FOR THE COURT

NOV 1 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert A. Walsh, Esq.
     Tara Hogan, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 2 2009

JAN HORBALY
CLERK

2009-7143                2